IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TOMMY RADFORD**                                                                                    **PLAINTIFF**
**ADC #089900**

v.                            CASE NO. 2:23-CV-00233-BSM-JTK

**FRANKLIN GRAHAM,** *et al.*                                                             **DEFENDANTS**

## ORDER

Having reviewed the record *de novo*, Magistrate Judge Jerome T. Kearney's partial recommended disposition [Doc. No. 22] is adopted. Tommy Radford's claims against T. Ferrell are dismissed without prejudice and the clerk is directed to terminate Ferrell as a defendant.

IT IS SO ORDERED this 10th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE