# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**TOMMY RADFORD**　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #089900**

v.　　　　　　CASE NO. 2:23-CV-00233-BSM-JTK

**FRANKLIN GRAHAM, et al.**　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

Having reviewed the record carefully, Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 31] is adopted and Ruben Robinson's partial motion for summary judgment [Doc. No. 27] is granted. All claims against him are dismissed without prejudice. The clerk is directed to terminate Robinson as a party to the case.

IT IS SO ORDERED this 22nd day of November, 2024.

_____
UNITED STATES DISTRICT JUDGE