IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TOMMY RADFORD**                                                                           **PLAINTIFF**
ADC #089900

v.                      **CASE NO. 2:23-CV-00233-BSM**

**FRANKLIN GRAHAM,** *et al.*                                        **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 30th day of January, 2025.

*[Signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE